## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TADESSE GEBREEGZIABHER,

      Plaintiff,

v.

EBERSPACHER NORTH AMERICA, INC.,

      Defendant.

Case No. 21-10845
Hon. Laurie J. Michelson
Mag. Judge Kimberly Altman

---

| COTTON LAW CENTER, PLLC | BODMAN PLC |
|---|---|
| By: Daimeon Cotton (P75563) | By: Gary S. Fealk (P53819) |
| 13900 Woodward Avenue |     Michelle L. Kolkmeyer (P81355) |
| Highland Park, MI 48203 | 1901 St. Antoine Street |
| (313) 963-1320 ext. 107 | 6th Floor at Ford Field |
| dcotton@cottonlawcenter.com | Detroit, MI 48226 |
| Attorneys for Plaintiff | (313) 259-7777 |
| | GFealk@bodmanlaw.com |
| | mkolkmeyer@bodmanlaw.com |
| | Attorneys for Defendant |

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court upon the stipulation of all parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without costs, interest, or attorney fees awarded to any party.

This is a final order and closes the case.

Dated: July 13, 2022

                                    s/Laurie J. Michelson
                                    LAURIE J. MICHELSON
                                    UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO:**

| COTTON LAW CENTER, PLLC | BODMAN PLC |
|---|---|
| By: /s/ Daimeon Cotton w/permission<br>      Daimeon Cotton (P75563)<br>13900 Woodward Avenue<br>Highland Park, MI 48203<br>(313) 963-1320 ext. 107<br>dcotton@cottonlawcenter.com<br>Attorneys for Plaintiff | By: /s/ Michelle Kolkmeyer<br>      Gary S. Fealk (P53819)<br>      Michelle L. Kolkmeyer (P81355)<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit, MI 48226<br>(313) 259-7777<br>GFealk@bodmanlaw.com<br>mkolkmeyer@bodmanlaw.com<br>Attorneys for Defendant |

Dated:  July 13, 2022